IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:23CR117 |
| | ) | |
| vs. | ) | |
| | ) | |
| TREMAIN MONROE and | ) | ORDER |
| ALEXZANDRA BLANCO, | ) | |
| | ) | |
| Defendants | | |

This matter is before the court on defendant Tremain Monroe's Unopposed Motions to Continue Trial [55] and Defendant Alexzandra Blanco's Motion to Continue Trial [56]. Counsel for both defendants need additional time to complete plea negotiations. For good cause shown,

**IT IS ORDERED** that the Unopposed Motion to Continue Trial [55] and Motion to Continue Trial [56] are granted, as follows:

1. The jury trial, **as to both defendants**, now set for January 9, 2024, is continued to **March 26, 2024.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and March 26, 2024**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED:** December 22, 2023

BY THE COURT:

s/ Susan M. Bazis
**United States Magistrate Judge**